*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Raymond BONIESKIE, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2007–3032.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2006.

*ORDER*

Upon consideration of Raymond Bonieskie's motion to voluntarily dismiss his petition for review from a decision of the Merit Systems Protection Board in DC0752060497–I–1,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**ARIAD PHARMACEUTICALS, INC., President and Fellows of Harvard College, the Massachusetts Institute of Technology, and Whitehead Institute of Biomedical Research, Plaintiffs–Appellants,**

v.

**Jon W. DUDAS, Director, Patent and Trademark Office, Defendant–Appellee.**

No. 2007–1049.

United States Court of Appeals, Federal Circuit.

Nov. 22, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).